UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Dongguan Saienchuangke Technology Co., Ltd.,

    Plaintiff,                                            Case No.: 24-60865-CIV-DAMIAN

v.

The Individuals, Partnerships and Unincorporated Associations Identified on Schedule A.

    Defendant.
_____/

**DEFENDANT SHENZHEN SEVEN STARS EDUCATION TECHNOLOGY CO. LTD.'S NOTICE OF REMOTE ATTENDANCE OF WITNESS AND INTERPRETER FOR HEARING ON MOTION FOR PRELIMINARY INJUNCTION**

Defendant Shenzhen Seven Stars Education Technology Co. Ltd., DBA P&C-Direct (hereinafter, "P&C-Direct"), submits this Notice of Remote Attendance of Their Witness and Interpreter for the July 31, 2024 Preliminary Injunction Hearing (the "PI Hearing").

Ms. Lian Hong, who submitted a Declaration (Dkt. 62-1) in support of P&C-Direct's Opposition to Preliminary Injunction (Dkt. 62), will serve as P&C-Direct's witness at the PI Hearing. Mr. Zhang is the finance manager of P&C-Direct. Ms. Hong does not reside in the United States and will appear remotely via video conference technology. Per agreement with counsel for Defendant No. 2, WHDPETSCares; Defendant No. 12, YZL123; Defendant No. 18, Granze Tech; and Defendant No. 45, Hiliop Reusable WB Direct (collectively, the "HMJ Defendants"), Ms. Hong will utilize the interpreter at the PI Hearing provided by the HMJ Defendants (See Dkt. 67, which is incorporated herein by reference.)

2

Dated: July 25, 2024

Respectfully submitted,

*/s/R. Joseph Trojan*
R. Joseph Trojan
(*Pro Hac Vice*)
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, California 90212
(310) 777-8399
Fax: (310) 777-8348
trojan@trojanlawoffices.com
speier@trojanlawoffices.com

*Lead Counsel for Defendant Shenzhen Seven Stars Education Technology Co. Ltd. DBA P&C-Direct*

David P. Reiner, II
Reiner & Reiner P.A.
One Datran Center
9100 South Dadeland Blvd.
Suite 901
Miami, Florida 33156
Tel.: 305.670.8282
Fax: 305.670.8989

*Local Counsel for Defendant Shenzhen Seven Stars Education Technology Co. Ltd. DBA P&C-Direct*

**CERTIFICATE OF SERVICE**

*I HEREBY CERTIFY that on **July 25, 2024**, I filed the foregoing with the Clerk of the Court via CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.*

By:_____
**DAVID P. REINER, II**; FBN 416400